NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHOCTAW TRANSPORTATION COMPANY, INC.,**
*Appellant*

**v.**

**SECRETARY OF AGRICULTURE,**
*Appellee*

---

2017-1670

---

Appeal from the Civilian Board of Contract Appeals in Nos. 2482, 2653, Administrative Judge Stephen M. Daniels, Administrative Judge Allan H. Goodman, Administrative Judge Jerome M. Drummond.

---

## JUDGMENT

---

MATTHEW WAYNE WILLIS, Ashley Ashley & Arnold, Dyersburg, TN, argued for appellant. Also represented by SAMMIE LEO ARNOLD.

DOMENIQUE GRACE KIRCHNER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 3, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |